# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Olivia Michele Pollock<br><br>_Defendant_ | )<br>)<br>) Case No. CR 21-447-5 (CJN)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_ Olivia Michele Pollock                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☑ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
See Attached

Date: 03/01/2023

_Courtney Moore_
Digitally signed by Courtney Moore
Date: 2023.03.01 09:54:29 -05'00'
_Issuing officer's signature_

City and state: Washington, DC

Courtney Moore    Courtroom Deputy
_Printed name and title_

---

**Return**

This warrant was received on _(date)_ 01/04/2024, and the person was arrested on _(date)_ 01/06/2024
at _(city and state)_ GROVELAND, FL.

Date: 01/08/2024

_[signature]_
_Arresting officer's signature_

SPECIAL AGENT MARK DENNIS
_Printed name and title_